# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**KINGRALE COLLINS**  **PLAINTIFF**
**ADC #SK945**

v.     CASE NO. 5:10cv00304 BSM/JTK

**REVONNA WALKER**  **DEFENDANT**

## JUDGMENT

Pursuant to the memorandum and order entered today, it is considered, ordered and adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE